IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR167 |
| | ) | |
| v. | ) | |
| | ) | |
| LANDIS J. SHANNON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to modify supervised release (Filing No. 35).  After hearing from both the government and the probation officer, the Court notes neither generally object to the modification.  In view of the circumstances set forth in the motion, the Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that defendant's motion to modify supervised release is granted.  The condition requiring community service is eliminated.

DATED this 23rd day of September, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court